1

2

3                    UNITED STATES  DISTRICT COURT

4                    Northern District of California

5

6    GMAC MORTGAGE LLC,                         No. C-11-5475 MEJ

7                    Plaintiff(s),              **ORDER DIRECTING PARTIES TO
                                                FILE CONSENT/DECLINATION**
           v.                                   **FORM**
8
     MIGUEL LOPEZ,
9
                    Defendant(s).
10   _____/

11

12       Pending before the Court is Motion to Dismiss for Lack of Jurisdiction filed by Social

13   Security Administration.  Upon review of  the record in this action, the Court notes that the

14   Consent/Declination to Proceed Before a United States Magistrate has not been filed .  This civil

15   case was randomly assigned to the undersigned magistrate judge for all purposes including trial.  In

16   accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to

17   conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the

18   consent of the parties.  An appeal from a judgment entered by a magistrate judge may be taken

19   directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal

20   from any other judgment of a district court.

21       You have the right to have your case assigned to a United States District Judge for trial and

22   disposition.  Accordingly, the parties shall inform the Court, by way of the enclosed form, whether

23   they consent to magistrate judge jurisdiction or requests reassignment to a United States District

24   Judge for trial.  The consent/declination form shall be filed by  November 30, 2011.

25       **IT IS SO ORDERED.**

26   Dated: November 16, 2011

27                                              _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

GMAC MORTGAGE LLC,

4                                              Case Number: C-11-5475 MEJ

5            Plaintiff(s),                      CONSENT TO PROCEED BEFORE A
                                                MAGISTRATE JUDGE
6        vs.

7    MIGUEL LOPEZ,

8            Defendant(s).
                                          /
9

10

11   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

12       In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

13   consents to have a United States Magistrate Judge conduct any and all further proceedings in this

14   case, including trial, and order the entry of final judgment, and voluntarily waives the right to

15   proceed before a United States District Judge.

16

17   Dated:_____    Signed by:_____

18                                          Counsel for:_____

19

20   **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

21       The undersigned party hereby declines to consent to the assignment of this case to a United

22   States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

23   a United States District Judge.

24

25   Dated:_____    Signed by:_____

26                                          Counsel for:_____

27

28

2

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE  LLC, | Case Number: C-11-5475 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MIGUEL LOPEZ, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dated: November 16, 2011

Richard W. Wieking, Clerk

By: Brenda Tolbert, Deputy Clerk

**Miguel Lopez**
1900 Dailey Court
Dixon, CA 95620

UNITED STATES DISTRICT COURT
For the Northern District of California

3